# EXHIBIT 1

## COPYRIGHT SUMMARY- AMANDA PAINTS AND POTS

| Copyright Image | Copyright Registration Number as per Certificate | Copyright Title | Copyright Issue Date |
|---|---|---|---|
| | VA 2-426-003 | ANP-01 | 12/19/2024 |
| | VA 2-426-003 | ANP-02 | 12/19/2024 |
| | VA 2-426-003 | ANP-04 | 12/19/2024 |

| | VA 2-426-003 | ANP-05 | 12/19/2024 |
|---|---|---|---|
| | VA 2-426-003 | ANP-08 | 12/19/2024 |
| | VA 2-426-003 | ANP-11 | 12/19/2024 |
| ANP-Video | PAu 4-246-622 | ANP-Video | 12-16-2024 |
| | VA 2-430-423 | Paw Print Ocean Shoreline | 01-30-2025 |

**Registration Number**
**VA 2-430-423**
**Effective Date of Registration:**
January 30, 2025
**Registration Decision Date:**
January 30, 2025

# Title

**Title of Work:** Paw Print Ocean Shoreline

# Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** April 15, 2023
**Nation of 1st Publication:** United States

# Author

- **Author:** Amanda Morettini
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** United States

# Copyright Claimant

**Copyright Claimant:** Amanda Morettini
6195 Avalon Drive, Eureka, CA, 95503, United States

# Rights and Permissions

**Name:** Amanda Morettini
**Address:** 6195 Avalon Drive
Eureka, CA 95503 United States

# Certification

**Name:** Jessica Delos Santos
**Date:** January 30, 2025

**Registration Number**
**VA 2-426-003**
**Effective Date of Registration:**
December 16, 2024
**Registration Decision Date:**
December 19, 2024

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** February 11, 2024 to February 11, 2024

### Title

| | |
|---|---|
| **Title of Group:** | AmandaPaintsAndPots 2024 |
| **Number of Photographs in Group:** | 12 |
| • **Individual Photographs:** | ANP-01, ANP-02, ANP-03, ANP-04, ANP-05, ANP-06, ANP-07, ANP-08, ANP-09, ANP-10, ANP-11, ANP-12 |
| **Published:** | February 2024 |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2024 |
| **Earliest Publication Date in Group:** | February 11, 2024 |
| **Latest Publication Date in Group:** | February 11, 2024 |
| **Nation of First Publication:** | United States |

### Author

| | |
|---|---|
| • **Author:** | Amanda Morettini |
| **Author Created:** | photographs |
| **Work made for hire:** | No |
| **Citizen of:** | United States |

## Copyright Claimant

**Copyright Claimant:** Amanda Morettini
6195 Avalon Drive, Eureka, CA, 95503, United States

## Rights and Permissions

**Name:** Amanda Morettini
**Address:** 6195 Avalon Drive
Eureka, CA 95503 United States

## Certification

**Name:** Shreya Tiwari
**Date:** December 16, 2024

---

**Correspondence:** Yes
**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Registration Number**

**PAu 4-246-622**

**Effective Date of Registration:**
December 16, 2024
**Registration Decision Date:**
December 16, 2024

## Title

**Title of Work:** ANP-Video

## Completion/Publication

**Year of Completion:** 2024

## Author

- **Author:** Amanda Morettini
  **Author Created:** entire motion picture
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Amanda Morettini
6195 Avalon Drive, Eureka, CA, 95503, United States

## Rights and Permissions

**Name:** Amanda Morettini
**Address:** 6195 Avalon Drive
Eureka, CA 95503 United States

## Certification

**Name:** Shreya Tiwari
**Date:** December 16, 2024