EXHIBIT 2



Doe #1
Copyright(s) Paw Print Ocean Shoreline: Listing Image
Copyright Registration Numbers: VA 2-430-423

1



Ocean Shoreline Ceramic Mug

dhgate.com/product/mugs-print-ocean-shoreline-mug-ceramic-coffee/1037543672.html?f=seo|prod||organic|google|http|&skuId=1327797587904741425

Incognito

📍 Description

Total Cost: US $16.7

**Buy Now**
Save extra US $2

**Add to Cart**
36% off

Go to Cart

bright and vivid coastal scenery is unreservedly displayed for you to add a little bit of nature to your home.
5,Perfect Choice: This mug combines the love of pets and the glamour of the ocean, ideal for pet lovers and beach lovers.

View more

Your cart is empty

deshano  LV.2  Business Information
97.1% Positive Feedback    557 Orders    Company Overview >

Doe #1
Copyright(s) Paw Print Ocean Shoreline: Listing Image
Copyright Registration Numbers: VA 2-430-423

2



Doe #2
Copyright(s) Paw Print Ocean Shoreline: Listing Image
Copyright Registration Numbers: VA 2-430-423

3

  

Ocean Shoreline Ceramic Coate

dhgate.com/product/mugs-print-ocean-shoreline-mug-ceramic-coffee/1034632622.html?f=seo|prod||organic|google|http|&skuId=1321344405608296495

Incognito

📍 Description

Total Cost: US $21.28

**Buy Now**
Save extra US $2

**Add to Cart**
36% off

Go to Cart

3,Material: Made of ceramic, each mug is meticulously crafted to ensure superior quality and long-lasting use.
4,Striking Decoration: This mug is not only practical, but can also be used as a stylish accent for your kitchen or office, the bright and vivid coastal scenery is unreservedly displayed for you to add a little bit of nature to your home.
5,Perfect Choice: This mug combines the love of pets and the glamour of the ocean, ideal for pet lovers and beach lovers.



View more

Your cart is empty

 **xiaodanta** 🔷 LV1
94.7% Positive Feedback | **249** Orders | Company Overview >

Business Information

  


Mugs Print Ocean Shoreline M...
US $21.28 -36%
MOQ: 1 Piece


Mugs Creative Korean Ceramic...
US $29.84 -36%
MOQ: 1 Piece


Mugs Mug 600ml Creative Offi...
US $45.20 -36%
MOQ: 1 Piece


Mugs Scandinavian Style Mod...
US $38.61 -36%
MOQ: 1 Piece


Mugs Creative Ceramic Stump ...
US $27.69 -36%
MOQ: 1 Piece


Mugs Cute And Creative P...
US $31.65 -36%
MOQ:





Doe #2
Copyright(s) Paw Print Ocean Shoreline: Listing Image
Copyright Registration Numbers: VA 2-430-423



Doe #3
Copyright(s) Paw Print Ocean Shoreline: Listing Image, Physical Product Image
Copyright Registration Numbers: VA 2-430-423

5



dhgate.com/product/pattern-printed-beach-creative-paw-print/1029494287.html?f=seo|prod||organic|google|http||skuId=1312646730652311593

**Description**

Total Cost: US $9.65

**Buy Now**
Save extra US $2

**Add to Cart**
40% off

Go to Cart

**Notes:**
Due to the lighting effects and filming angles, there is a color difference in the product, please understand.
Due to manual measurement, there is a tolerance in the product size.
The actual product shall prevail, thank you!

**View more**



**home0888** LV-2    Business Information

**14** Orders    Company Overview >

Your cart is empty





MOQ: 1 Piece

400z Tumbler Stainless Steel I...
US $32.14 -40%

Stainless Steel Coffee Cold An...
MOQ: 1 Piece
US $15.24 -40%


Pattern Printed Beach Creativ...
MOQ: 1 Piece
US $9.65 -40%


Coffee Cup Thermos Stainless ...
MOQ: 1 Piece
US $19.75 -40%


Diamond Thermos Cup With Ha...
MOQ: 1 Piece
US $24.64 -40%


1250Ml Kpop Blackpinked
MOQ:
US $30.81 -40%







**Sponsored Products You May be Interested In**





Doe #3
Copyright(s) Paw Print Ocean Shoreline: Listing Image, Physical Product Image
Copyright Registration Numbers: VA 2-430-423



Doe #4
Copyright(s) Paw Print Ocean Shoreline: Listing Image
Copyright Registration Numbers: VA 2-430-423

7



Doe #5
Copyright(s) Paw Print Ocean Shoreline: Listing Image, Physical Product Image
Copyright Registration Numbers: VA 2-430-423

8



Doe #6
Copyright(s) Paw Print Ocean Shoreline: Listing Image
Copyright Registration Numbers: VA 2-430-423

9



Doe #7
Copyright(s) Paw Print Ocean Shoreline, ANP-01, ANP-04, ANP-08, ANP-11: Listing Image
Copyright Registration Numbers: VA 2-426-003, VA 2-430-423

10



Doe #7
Copyright(s) Paw Print Ocean Shoreline, ANP-01, ANP-04, ANP-08, ANP-11: Listing Image
Copyright Registration Numbers: VA 2-426-003, VA 2-430-423

11



Doe #8
Copyright(s) Paw Print Ocean Shoreline: Listing Image
Copyright Registration Numbers: VA 2-430-423

12



Doe #9
Copyright(s) Paw Print Ocean Shoreline: Listing Image
Copyright Registration Numbers: VA 2-430-423

13



Doe #10
Copyright(s) Paw Print Ocean Shoreline: Listing Image
Copyright Registration Numbers: VA 2-430-423



Doe #11
Copyright(s) Paw Print Ocean Shoreline: Listing Image
Copyright Registration Numbers: VA 2-430-423



Doe #12
Copyright(s) Paw Print Ocean Shoreline: Listing Image, Physical Product Image
Copyright Registration Numbers: VA 2-430-423

16



Doe #13
Copyright(s) Paw Print Ocean Shoreline: Listing Image
Copyright Registration Numbers: VA 2-430-423

17



Doe #14
Copyright(s) Paw Print Ocean Shoreline: Listing Image
Copyright Registration Numbers: VA 2-430-423



Doe #15
Copyright(s) Paw Print Ocean Shoreline: Listing Image
Copyright Registration Numbers: VA 2-430-423



Doe #16
Copyright(s) Paw Print Ocean Shoreline: Listing Image
Copyright Registration Numbers: VA 2-430-423

20



Doe #17
Copyright(s) Paw Print Ocean Shoreline: Listing Image
Copyright Registration Numbers: VA 2-430-423



Doe #18
Copyright(s) Paw Print Ocean Shoreline, ANP-01, ANP-04, ANP-08, ANP-11: Listing Image
Copyright Registration Numbers: VA 2-426-003, VA 2-430-423

22



Doe #18
Copyright(s) Paw Print Ocean Shoreline, ANP-01, ANP-04, ANP-08, ANP-11: Listing Image
Copyright Registration Numbers: VA 2-426-003, VA 2-430-423

23



Doe #18
Copyright(s) Paw Print Ocean Shoreline, ANP-01, ANP-04, ANP-08, ANP-11: Listing Image
Copyright Registration Numbers: VA 2-426-003, VA 2-430-423

24



Doe #19
Copyright(s) Paw Print Ocean Shoreline: Listing Image, Physical Product Image
Copyright Registration Numbers: VA 2-430-423

25



Doe #20
Copyright(s) Paw Print Ocean Shoreline: Listing Image
Copyright Registration Numbers: VA 2-430-423

26





2025-04-08

Handmade Paw Print Ocean S...

jojowendy.com/products/paw-print-ocean-shoreline-mug

FREE SHIPPING OVER $49.99 ✓ Over 50,000 customers served


Jojowendy

$ USD ⌄

Home    Order Tracking



Home / New Arrivals / Handmade Paw Print Ocean Shoreline Mug

# Handmade Paw Print Ocean Shoreline Mug

★★★★★  12 reviews

**Save $28.90 USD**  **$23.96 USD**  ~~$52.86 USD~~

Hurry up! Sale Ends in                    00 : 08 : 05.8

🏷 **Buy 2 get 5% OFF** | **Buy 3 get 8% OFF**  x4 ⌄
Discount applied in cart                            ›

**TYPE**

[ 11OZ ]  [ 15OZ ]

**Quantity**

−  1  +

**Add to cart**

**Buy now**

**PayPal**

Doe #21
Copyright(s) Paw Print Ocean Shoreline, ANP-01, ANP-02, ANP-04, ANP-08, ANP-11: Listing Image
Copyright Registration Numbers: VA 2-426-003, VA 2-430-423

27

Case: 1:25-cv-05041 Document #: 3 Filed: 05/07/25 Page 29 of 34 PageID #:102

2025-04-08

Topinin.com

topinin.com/products/ocean-shoreline-mug



     

## Ocean Shoreline Mug

**$19.72**

**$20.00 OFF**
On order over$120.00        GET

✿ Buy 2 items and save 10% off
Buy 4 items and save 30% off

**Capacity:** 300ml

| 300ml | 400ml |

**Quantity**

−    1    +

Add to cart  -  $19.72

PayPal

🌐 Free shipping over $45USD
🏷 10% off CODE: 1ST10
✓ In stock, ready to ship
🔒 Secure payments

Sku : 1887741921093300225

Description                                                                 ⌃

Multiple Uses: Enjoy your favorite hot or cold beverages using this Ceramic

Doe #22
Copyright(s) Paw Print Ocean Shoreline, ANP-01, ANP-04, ANP-08, ANP-11: Listing Image
Copyright Registration Numbers: VA 2-426-003, VA 2-430-423

Delivery is back to normal. Shipping rates may vary slightly. Thanks for sticking with us!

touchoftrending.com/products/paw-print-ocean-shoreline-mug



**TOUCH OF TRENDING**

English      USD

Home     Trending BFF Jewelry     Trending Jewelry     Track Your Order     Contact Us

Home / Paw Print Ocean Shoreline Mug








### Paw Print Ocean Shoreline Mug

**$19.98**

Title

| 11oz | 15oz |

Quantity

−   1   +

Estimated Delivery: **Apr 15 - Apr 23**, Get a $5 credit for late delivery

**Add to cart - $19.98**

**Buy now**

Terms of Payment ⌄

Refund policy ⌄

Shipping policy ⌄

### Description ⌃

Doe #23
Copyright(s) Paw Print Ocean Shoreline, ANP-01: Listing Image
Copyright Registration Numbers: VA 2-426-003, VA 2-430-423



Doe #24
Copyright(s) Paw Print Ocean Shoreline, ANP-11: Listing Image
Copyright Registration Numbers: VA 2-426-003, VA 2-430-423



ceramic ocean mug 3d printed

temu.com/g-601099683936645.html

🚚 Free shipping | 💲 Price adjustment within 30 days

Best Sellers | 5-Star Rated | Valentine's Day | Local Warehouse | Categories ∨

ceramic coffee mug

Hello, KV two
Orders & Account | Support | EN

Item reviews (1)   Store reviews (6,079)

**T** Thaithai No 🇺🇸 on Oct 13, 2024

★★★★☆

well packaged. good looking art. only thing that could be better is if the art wraps fully around the mug

See all reviews

**QiFengMaoYi**
297 Followers | 100K+ Sold | 4.8 ★

⊖ Contact seller | ⭿ Follow | All items (24)

**Product details**                                          ♡ Save | Report this item >

Reusability: Reusable

Operation Instruction: Hand wash only

Recommended Usage: Family

See more ∨

Store Information >

🖵 Learn about dimensions >

ONLY 1 LEFT | $11.44 | Lowest price in 90 days.

✔ Free shipping                                        Incredible

Style: Ocean Cup

Qty   1 ∨

**Add to cart**
Fastest delivery in 4 business days

🚚 Free shipping for this item >
  Delivery: Fastest delivery in 4 business days ⊘

✅ Why choose Temu >

Security & Privacy          Delivery guarantee
✔ Safe payments             ✔ $5.00 Credit for delay    ✔ Return if item damaged
✔ Secure privacy            ✔ 15-day no update refund   ✔ 30-day no delivery refund

📦 Free returns · Price adjustment >

🌳 Temu's Tree Planting Program (17M+ trees) >

BONUS COUPONS

Messages
Feedback
Top

Doe #24
Copyright(s) Paw Print Ocean Shoreline, ANP-11: Listing Image
Copyright Registration Numbers: VA 2-426-003, VA 2-430-423

31



Doe #25
Copyright(s) Paw Print Ocean Shoreline: Listing Image, Physical Product Image
Copyright Registration Numbers: VA 2-430-423

32



Doe #25
Copyright(s) Paw Print Ocean Shoreline: Listing Image, Physical Product Image
Copyright Registration Numbers: VA 2-430-423

33