# Schedule A

| No. | Marketplace | Defendant Name | Merchant ID | Product ID | Copyrights Used |
|---|---|---|---|---|---|
| 1 | DHgate | deshano | 21631187 | 1037543672 | VA0002430423 |
| 2 | DHgate | xiaodanta | 21631214 | 1034632622 | VA0002430423 |
| 3 | DHgate | home0888 | 22007774 | 1029494287 | VA0002430423 |
| 4 | eBay | abbl-56-Store | abbl56 | 375646312848 | VA0002430423 |
| 5 | eBay | anthje_20 | anthje20 | 286156842084 | VA0002430423 |
| 6 | eBay | davishe6550 | davishe6550 | 387469405261 | VA0002430423 |
| 7 | eBay | eiident | eiident | 405301045369 | VA0002426003 VA0002430423 |
| 8 | eBay | farisyanur1203 | farisyanur1203 | 315749313347 | VA0002430423 |
| 9 | eBay | fathul889 | fathul889 | 405225194842 | VA0002430423 |
| 10 | eBay | frankcara-64 | frankcara64 | 387383645204 | VA0002430423 |
| 11 | eBay | hsdyeg | hsdyeg | 176584214756 | VA0002430423 |
| 12 | eBay | jasrobe | jasrobe | 196794752575 | VA0002430423 |
| 13 | eBay | jujimg | jujimg | 166990283303 | VA0002430423 |
| 14 | eBay | kederine | kederine | 405240941538 | VA0002430423 |
| 15 | eBay | lysalysakat | lysalysakat | 387399619881 | VA0002430423 |
| 16 | eBay | muhamma323 | muhamma323 | 356279023111 | VA0002430423 |
| 17 | eBay | niknurfai49 | niknurfai49 | 167022487479 | VA0002430423 |
| 18 | eBay | redmanon | redmanon | 387628848126 | VA0002426003 VA0002430423 |
| 19 | eBay | sabipo67 | sabipo67 | 365120411627 | VA0002430423 |
| 20 | eBay | sumaisarah90 | sumaisarah90 | 235829019006 | VA0002430423 |
| 21 | Other | jojowendy.com (jojowendy) | jojowendy | paw-print-ocean-shoreline-mug | VA0002426003 VA0002430423 |
| 22 | Other | topinin.com (topinin) | topinin | ocean-shoreline-mug | VA0002426003 VA0002430423 |
| 23 | Other | touchoftrending.com (touchoftrending) | touchoftrending | paw-print-ocean-shoreline-mug | VA0002426003 VA0002430423 |
| 24 | Temu | QiFengMaoYi | 634418213866714 | 601099683936645 | VA0002426003 VA0002430423 |
| 25 | Temu | Chosen Son HYY | 634418217010170 | 601099664799420 | VA0002430423 |